IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSE SERRANO** | : | **NO. 21-198** |

## ORDER

**NOW**, this 19th day of November, 2021, upon consideration of defendant's *pro se* Motion to Dismiss the Indictment and for Release on Bond (Doc. No. 30), and defendant having counsel, it is **ORDERED** that the motion is **DENIED**.[1]

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

---

[1] Because the defendant is represented by counsel, his pro se submission will not be considered. Thus, we shall deny the motion without prejudice. See *United States v. Turner*, 677 F.3d 570, 578-79 (3d Cir. 2012) (explaining reason for rule providing that individuals represented by counsel are not permitted to file *pro se* briefs); *United States v. Young*, 2008 WL 163045, at *3 (EDPa Jan. 17, 2008) (noting decision not to entertain pro se filings by represented defendant in criminal case, aff'd, 450 F.App'x 223 (3d Cir. 2011) (non-precedential).