**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSE SERRANO** | : | **NO. 21-198** |

## ORDER

**NOW**, this 6th day of May, 2025, upon consideration of the Request for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. No. 63) and the government's response, it is **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　/s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.